IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ALLEN P. GALOWSKI,

                          Plaintiff,                          ORDER

          v.
                                                              15-cv-780-jdp

MIKE, SETH, DENNY WOODWARD,
SHANG, JIN LOR, JERE LOR, KIA
DEAVAN, RENAY, JOHN, JESSICA HINZ,
DAVE, JEANNE KOHLBECK, R.N.,
and BOONIE,

                          Defendants.

---

On September 16, 2016, I directed the United States Marshal to serve defendants Nurse Dave, Jeanne Kohlbeck and Nurse Boonie. Now the Marshal has returned an unexecuted process receipt for Nurse Boonie, stating that Aspirus Hospital has no records of a Nurse Boonie and that neither Nurse Dave nor Jeanne Kohlbeck worked with a Nurse Boonie.

Although the Nurse Boonie is unable to be served at this time, plaintiff may be able to provide further information about Nurse Boonie which will allow him/her to be served later in this case. Therefore, at this stage of the proceedings, Nurse Boonie will be treated as a Jane/John Doe defendant whose name plaintiff will have to obtain through discovery.

At a soon-to-be-scheduled preliminary pretrial conference, Magistrate Judge Stephen Crocker will discuss with the parties the most efficient way to obtain the identification of Nurse Boonie and will set a deadline for plaintiff to amend his complaint. "When the substance of a pro se civil rights complaint indicates the existence of claims against individual officials not named in the caption of the complaint, the district court must provide the

plaintiff with an opportunity to amend the complaint." *Donald v. Cook County Sheriff's Department*, 95 F.3d 548, 555 (7th Cir. 1996).

ORDER

IT IS ORDERED that the parties treat Nurse Boonie as a Jane/John Doe defendant until plaintiff can ascertain the proper identity of this defendant.

Entered this 11th day of October, 2016.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge