IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ALLEN P. GALOWSKI,

    Plaintiff,

 v.

MICHAEL SHAEFER, SETH WISKOW, DENNY WOODWARD, CHENG LAO, GJIN LOR, GER LOR, KIA, DEVIN LITZA, RENE SULLIVAN, JOHN ELLENBECKER, JESSICA HINZ,
DAVID LINKE, JEANNE KOHLBECK, and ANGELA M. GERMAN,

    Defendants.

ORDER

15-cv-780-jdp

---

  Pro se plaintiff Allen P. Galowski is proceeding on claims that defendants, staff at the Marathon County Jail, failed to properly treat his various serious medical needs when he was incarcerated there. He moves for summary judgment, Dkt. 64, but his motion does not comply with the court's pretrial conference order. Dkt. 30. Galowski should pay careful attention to the court's procedures to be followed on motions for summary judgment and in particular to the portions discussing (1) the rules governing proposed findings of fact; and (2) the requirement that exhibits on which a plaintiff intends to rely be authenticated and admissible. *Id.* at 13–19. In particular, Galowski must submit a statement of proposed findings of facts that lists, in separate, numbered paragraphs, all facts needed to sustain his motion and admissible evidentiary materials that support the proposed facts.

  I will deny his motion for summary judgment and give him an opportunity to file a new motion with proposed findings of fact supported by evidence. Galowski may have until October

31, 2017, which is the deadline for dispositive motions. *See* Dkt. 62, at 6. I will direct the clerk of court to send Galowski another copy of the court's procedures on motions for summary judgment, which detail the requirements that Galowski must follow.

ORDER

IT IS ORDERED that:

1. Plaintiff Allen P. Galowski's motion for summary judgment, Dkt. 64, is DENIED without prejudice.

2. Defendants' motion to set briefing schedule, Dkt. 65, is DENIED without prejudice.

3. The clerk of court is directed to send plaintiff a copy of the court's procedures on motions for summary judgment included with the pretrial conference order. Dkt. 24.

Entered October 18, 2017.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge