IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ALLEN P. GALOWSKI,

                Plaintiff,

v.

MICHAEL SHAEFER, SETH WISKOW,
DENNY WOODWARD, CHENG LAO, GJIN
LOR, GER LOR, KIA, DEVIN LITZA, RENE
SULLIVAN, JOHN ELLENBECKER, JESSICA
HINZ,
DAVID LINKE, JEANNE KOHLBECK, and
ANGELA M. GERMAN,

                Defendants.

ORDER

15-cv-780-jdp

In a December 28, 2017 order, I gave pro se plaintiff Allen P. Galowski until January 11, 2018, to explain whether he intends to pursue this lawsuit. Dkt. 84. I warned him that if he failed to respond, I would dismiss the case with prejudice for his failure to prosecute it. Several weeks have passed since the January 11 deadline, and Galowski has not filed a response to the order or otherwise contacted the court. Accordingly, this case is dismissed.

ORDER

IT IS ORDERED that plaintiff Allen P. Galowski's complaint is DISMISSED with prejudice for his failure to prosecute it. The clerk of court is directed to close this case.

Entered January 29, 2018.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge