IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ALLEN P. GALOWSKI,

    Plaintiff,

v.

SANDRA LA DU-IVES, MICHAEL SHAEFER, SETH WISKOW, DENNY WOODWARD, CHENG LAO, GJIN LOR, GER LOR, KIA, DEVIN LITZA, RENE SULLIVAN, JOHN ELLENBECKER, JESSICA HINZ, MELEE THAO, DAVID LINKE, JEANNE KOHLBECK, and ANGELA M. GERMAN,

    Defendants.

JUDGMENT IN A CIVIL CASE

15-cv-780-jdp

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case with prejudice for plaintiff Allen G. Galowski's failure to prosecute it.

/s/                              1/29/2018

Peter Oppeneer, Clerk of Court             Date